**Motion Granted; Order filed November 6, 2019**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-19-00666-CV

—————————

### In the Interest of EW, RL, WW, EW, children

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-04172J**

---

## ORDER

This is an accelerated appeal from a judgment in a parental termination appeal. Appellant's brief was due September 30, 2019. This court granted appellant an extension to file a brief until October 21, 2019. On October 23, 2019, appellant had not filed a brief and this court issued an order requesting that the brief be filed by November 4, 2019. On November 5, 2019, appellant filed a second motion to extend time to file a brief.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). This accelerated schedule requires greater compliance with briefing deadlines.

Therefore, we order appellant's appointed counsel, **Michelle Placzek**, to file appellant's brief no later than **November 15, 2019.** If the brief is not filed by that date, counsel will be required to show cause why she should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM

Panel Consists of Justices Chief Justice Frost and Justices Christopher and Bourliot.